**Order filed January 7, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00773-CR
_____

### EX PARTE STEPHEN KYLE HELMCAMP, Appellant

**On Appeal from the County Court
Colorado County, Texas
Trial Court Cause No. 21,179-A**

## ORDER

Appellant is not represented by counsel. The trial court has previously determined that appellant is not indigent for purposes of appointment of counsel on appeal. No brief has been filed. It is a well established principle of federal and state law that no constitutional right to counsel exists on a writ of habeas corpus. *Ex parte Graves*, 70 S.W.3d 103, 110 (Tex. Crim. App. 2002).

Pursuant to Texas Rule of Appellate Procedure 31.1, ORDER appellant to file a brief in this appeal on or before **January 28, 2014**. If appellant fails to file his brief as ordered, we will decide this appeal upon the record before the Court. *See Lott v. State*,

874 S.W.2d 687, 688 (Tex. Crim. App. 1994) (affirming conviction on record alone where appellant failed to file a pro se brief after being properly admonished); *Coleman v. State*, 774 S.W.2d 736, 738–39 (Tex. App.—Houston [14th Dist.] 1989, no pet.) (holding that former rule 74(*l*)(2) (now Rule 38.8(b)) permitted an appeal to be considered without briefs "as justice may require" when a pro se appellant has not complied with the rules of appellate procedure).


PER CURIAM